UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/02/2022
```

-------------------------------------------------------------------X
:
LINDA SLADE, *individually and on behalf of a class of* :
*similarly situated persons*, :
:
                                        Plaintiff,         :                21-cv-10436 (LJL)
:
            -v-                                            :                ORDER
:
27 ROSIERS INC.,                                          :
:
                                        Defendant.        :
                                                            X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

        The Court has been informed that the parties have reached a settlement in principle in this

case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within forty-five (45) days of this Order.  Any application to reopen

filed after forty-five (45) days from the date of this Order may be denied solely on that basis.

Any pending motions are DISMISSED as moot, and all conferences and deadlines are

CANCELLED.


        SO ORDERED.

Dated: February 2, 2022                  _____
       New York, New York                         LEWIS J. LIMAN
                                                  United States District Judge